An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

BOULEVARD BAR, LLC, A NEVADA
LIMITED LIABILITY COMPANY; AND
D.W. "DOC" WIENER, AN
INDIVIDUAL,
Appellants,
vs.
FLAGSHIP CONSTRUCTION CO.,
LTD., A MICHIGAN LIMITED
LIABILITY COMPANY,
Respondent.

No. 60445

FILED

MAR 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' January 3, 2013, notice of withdraw of appeal, which we construe as a motion to voluntarily dismiss this appeal, is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.[1]

_Pickering_, C.J.

---

[1]The conditional sanctions imposed in our December 28, 2012, order were automatically vacated when appellants timely filed their motion to withdraw this appeal.

13-08706

cc: Hon. Susan Scann, District Judge
William C. Turner, Settlement Judge
Lovato Law
Greenberg Traurig, LLP/Las Vegas
Supreme Court Law Librarian
Eighth District Court Clerk